## STATE OF CONNECTICUT *v.* PATRICK J. FITZGERALD

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 54 Conn. App. 258 (AC 16687), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the mention by the state of a part B information required that the judgment of conviction be reversed?"

SULLIVAN, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16195.

*Lisa Herskowitz*, assistant state's attorney, in support of the petition.

Decided September 29, 1999